UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| | | Crim. No. 12-475 (CCC) |
| v. | : | |
| | | CONTINUANCE ORDER |
| MARYAM JAFARI | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Scott B. McBride and Joseph Mack, Assistant U.S. Attorneys), and defendant Maryam Jafari (by Maria Noto, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has a right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown, the Court makes the following findings:

1. The charge in this case is the result of a lengthy investigation, and the discovery involves audio and video recordings, as well as spreadsheets and similar materials which may necessitate a lengthy review by defense counsel;

2. Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be

permitted a reasonable amount of additional time for effective preparation in this matter; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 7th day of September 2012,

ORDERED that motions shall be filed by September 14, 2012, opposition briefs shall be filed by September 28, 2012, the motions hearing date is scheduled for October 11, 2012 at 2:00 p.m., and the trial is set for October 22, 2012 at 9:30 a.m.; and

IT IS FURTHER ORDERED that this action be, and hereby is, continued until the date of trial, October 22, 2012, and the period between and including today's date through the date of trial, October 22, 2012, shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Section 3161(h)(7).

HON. CLAIRE C. CECCHI
United States District Judge

Form and entry consented to:

Scott B. McBride
Joseph Mack
Assistant U.S. Attorneys

Maria Noto, Esq.
Counsel for Maryam Jafari